## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ROBYN LEINEKE,

      Plaintiff,

v.

REGENTS OF THE UNIVERSITY
OF MICHIGAN,

      Defendant.

Case No. 2:23-cv-12144

Hon. Sean F. Cox

| | |
|---|---|
| Noah S. Hurwitz (P74063)<br>Kara F. Krause (P85487)<br>HURWITZ LAW PLLC<br>*Attorneys for Plaintiff*<br>340 Beakes St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 487-9489<br>noah@hurwitzlaw.com<br>kara@hurwitzlaw.com | David J. Masson (P37094)<br>UNIVERSITY OF MICHIGAN<br>Office of the Vice President & General Counsel<br>*Attorneys for Defendant*<br>1109 Geddes Ave., Ste. 2300<br>Ann Arbor, MI 48109<br>(734) 764-0304<br>dmasson@umich.edu |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiff ROBYN LEINEKE, and Defendant REGENTS OF THE UNIVERSITY OF MICHIGAN, to dismiss this action with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiff and against Defendant in the above-captioned action ***with prejudice*** and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiffs asserted claims, as well as any claims that Plaintiff could have asserted, against Defendant in the above-captioned action are hereby dismissed ***with prejudice*** and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: March 12, 2024

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Stipulated to by:

*/s/ Noah. S. Hurwitz*  /s/ David J. Mason (with consent)

Noah S. Hurwitz (P74063)
HURWITZ LAW PLLC
*Attorney for Plaintiff*
340 Beakes St., Ste. 125
Ann Arbor, MI 48104
(844) 847-9489
noah@hurwitzlaw.com

David J. Masson (P37094)
UNIVERSITY OF MICHIGAN
*Attorneys for Defendant*
1109 Geddes Ave., Ste. 2300
Ann Arbor, MI 48109
(734) 764-0304
dmasson@umich.edu

Dated: March 8, 2024